Maureen Gaughan
PO Box 6729
Chandler, AZ   85246-6729
(480) 899-2036

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| SANCHEZ, NICOLE JEAN | ) | CASE NO. 17-09702-PHX-BKM |
| SANCHEZ, JUSTIN R | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

Maureen Gaughan, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

See attached Report of Dividends Remitted to the Court

| September 2, 2018 | /s/ Maureen Gaughan . |
|---|---|
| DATE | Maureen Gaughan, TRUSTEE |

# DIVIDENDS REMITTED TO THE COURT

Case Number 17-09702-PHX - SANCHEZ, NICOLE JEAN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Ashley Funding Services, LLC its assigns as assignee of Laboratory Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 000005 | 15.14 | 4.86 |
| ---------- Remittance Total --------------- | | 15.14 | 4.86 |

_____
Maureen Gaughan, Trustee