Maureen Gaughan
PO Box 6729
Chandler, AZ 85246-6729
(480) 899-2036

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| SANCHEZ, NICOLE JEAN | ) | CASE NO. 2:17-09702-BKM |
| SANCHEZ, JUSTIN R | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

Maureen Gaughan, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1004 | 09/02/18 | HLS OF NEVADA LLC<br>NEVADA WEST FINANCIAL<br>PO BOX 94073<br>LAS VEGAS NV 89193 | $2,274.77 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $2,274.77 to the Clerk of Court to be deposited in the Registry thereof.

January 23, 2019  /s/ Maureen Gaughan
DATE  Maureen Gaughan, Trustee