
# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

NICOLE JEAN SANCHEZ
12214 NORTH 41ST DR
PHOENIX, AZ 85029
**SSAN:** xxx–xx–8882
**EIN:**

JUSTIN R SANCHEZ
12214 NORTH 41ST DR
PHOENIX, AZ 85029
**SSAN:** xxx–xx–8478
**EIN:**

Debtor(s)

Case No.: 2:17–bk–09702–BKM

Chapter: 7

## ORDER APPROVING APPLICATION FOR UNCLAIMED FUNDS

For good cause,
IT IS HEREBY ORDERED that the application for unclaimed funds is APPROVED. The clerk may disburse funds in the amount of $2,274.77 to the applicant named below.

**Name of Claimant:**
HLS OF NEVADA, LLC DBA NEVADA WEST FINANCIAL

**Applicant's Name and Address:**
HLS OF NEVADA LLC DBA NEVADA WEST FINANCIAL
7625 DEAN MARTIN DRIVE
LAS VEGAS, NV 89139
(check will be sent to this address)

The court's financial records indicate that funds in the amount listed above are being held for the claimant named above.

Date: 7/10/19          Deputy Clerk: J. PIERSON